## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK & DODIG, LLP | : : : | CIVIL ACTION NO. 24-2490 |
| *Plaintiff,* | : : | |
| v. | : : | |
| ALLIED WORLD INSURANCE COMPANY | : : | |
| *Defendant.* | : | |

## ORDER

AND NOW, this 31st day of July 2024, upon consideration of the parties' joint letter asking the Court to: (1) hold all discovery deadlines in abeyance pending their September 3, 2024 mediation with Hon. Thomas J. Reuter (Ret.); and (2) schedule a conference with the parties to occur after that date (if mediation is unsuccessful) to set an amended discovery schedule pursuant to Fed. R. Civ. P. 16(b)(1), which the Court treats as a motion, it is ordered that the motion is **GRANTED** and the deadlines in the existing scheduling order (ECF 16) are held in abeyance until **Wednesday, September 4, 2024** when the parties shall report the mediation results to the Court and, if unsuccessful, shall submit a joint proposed amended scheduling order for consideration.

                                                    **BY THE COURT:**

                                                    **HON. JOSÉ RAÚL ARTEAGA**
                                                    *United States Magistrate Judge*
                                                    *Eastern District of Pennsylvania*