IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK & DODIG, LLP | : : | CIVIL ACTION |
| *Plaintiff,* | : : | |
| v. | : | NO. 24-2490 |
| | : | |
| ALLIED WORLD INSURANCE COMPANY | : | |
| *Defendant.* | : | |

O R D E R

**AND NOW,** this 9th day of September, 2024, it having been reported that the issues between the parties have been settled, and pursuant to the provisions of Local Civil Rule 41.1(b), it is **ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel. The Clerk of Court is directed to mark this case **CLOSED**.

                                                GEORGE WYLESOL
                                                *Clerk of Court*

**By:**   */s/ Danielle Hauger*
            **Danielle Hauger,** *Deputy Clerk for*
            *Hon. José Raúl Arteaga, U.S.M.J.*

Civ. 2 41.1(b) (6/23)